UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 2/14/2023
```

**MUHAMMAD,** *on behalf of himself and others similarly situated in the proposed FLSA Collective*

                                **Plaintiff,**

-against-

**IMPERIEX CONSTRUCTION INC. ET AL.,**

                                **Defendants.**

**22-cv-06904 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

      On August 16, 2022, Plaintiff filed a Complaint commencing this action against Defendants Imperiex Construction Inc. and Tomasz Korasadowicz. ECF No. 1. Plaintiff alleges violations of the Fair Labor Standards Act, 29 U.S.C. §§ 201 et. seq. ("FLSA") and the New York Labor Law ("NYLL"). On October 21, 2022, Defendants filed an answer to Plaintiff's Complaint. ECF No. 9. On October 24, 2022, the Court entered a mediation referral order in this matter. ECF No. 12. Accordingly, a mediation conference was scheduled for February 1, 2023.

      The parties are hereby **ORDERED** to submit a joint status report on the current status of this action by no later than **February 17, 2023**.

**SO ORDERED.**

Dated:    February 14, 2023
             New York, New York

                                                          **ANDREW L. CARTER, JR.**
                                                           **United States District Judge**