USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: _5/10/2023_____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

**MUHAMMAD,** *on behalf of himself and others similarly situated in the proposed FLSA Collective*

                **Plaintiff,**

-against-

**IMPERIEX CONSTRUCTION INC. ET AL.,**

                **Defendants.**

**22-cv-06904 (ALC)**

**ORDER**

---

**ANDREW L. CARTER, JR., United States District Judge:**

    The Court is in receipt of the Plaintiff's letter, ECF No. 18. The Court is aware of the pending motion.

**SO ORDERED.**

Dated:   May 10, 2023
             New York, New York

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**