```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 5/15/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

**MUHAMMAD,** *on behalf of himself and all others similarly situated*,

                     **Plaintiffs,**

-against-

**IMPERIEX CONSTRUCTION INC. ET AL.,**

                     **Defendants.**

---

**22-cv-06904 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

    The Court is in receipt of the Parties' settlement agreement. ECF No. 17. Having reviewed the settlement agreement, as required by *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015), the Court finds it to be fair and reasonable, and approves the settlement. Additionally, Plaintiff's request for attorneys' fees and costs is **GRANTED**. Accordingly, it is **ORDERED** that the above-captioned case be dismissed with prejudice.

    The Clerk of the Court is respectfully directed to terminate this case.

**SO ORDERED.**

Dated:    May 15, 2023
             New York, New York

                                              **ANDREW L. CARTER, JR.**
                                              **United States District Judge**